FRIEMAN, JACK, C/O DONALD LEGOW v. TOWNSHIP OF
RANDOLPH (MORRIS COUNTY).

WADLE & LOMAKIN ASSOC., C/O RICKEL, C/O
MANDELBAUM v. TOWNSHIP OF EDISON.

March 9, 1988.

This matter having been duly considered and the Court
having determined that certification was improvidently granted;

It is ORDERED that the within appeal be and hereby is
dismissed. (See 108 *N.J.* 665). (Case below: 216 *N.J.Super.*
507).

STATE OF NEW JERSEY v. SHELDON JOHNSON.

March 14, 1988.

Petition for certification granted, and the matter is summari-
ly remanded to the Appellate Division for a three-judge panel to
reconsider the issues raised, based upon full briefs from the
parties and oral arguments.

Jurisdiction is not retained.

MURRAY SOCKOLOW v. COUNTY OF BERGEN.

March 14, 1988.

Petition for certification denied.